Victoria G. TAN–GATUE, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 02–3034.

United States Court of Appeals, Federal Circuit.

Aug. 2, 2002.

ON MOTION

LOURIE, Circuit Judge.

*ORDER*

Victoria G. Tan–Gatue moves for reconsideration of the court's June 27, 2002 order dismissing her petition for review for failure to file a joint appendix, with the joint appendix now submitted, and for leave to file a corrected brief. Tan–Gatue states that the Office of Personnel Management takes no position on the motions.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted, the mandate is recalled, the June 27, 2002 order is vacated, and the petition for review is reinstated.